THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO SANDOVAL, Appellant. [26 NYS3d 861]—Judgment, Supreme Court, Bronx County (Michael A. Gross, J.), rendered April 19, 2012, convicting defendant, after a nonjury trial, of

attempted forcible touching, sexual abuse in the third degree, attempted endangering the welfare of a child and harassment in the second degree, and sentencing him to an aggregate term of 90 days, unanimously affirmed.

The verdict was not against the weight of the evidence (see *People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing the court's credibility determinations, including its evaluation of minor inconsistencies in the testimony of the victim and arresting officer. Concur—Mazzarelli, J.P., Manzanet-Daniels, Kapnick and Webber, JJ.